1  R. SCOTT ERLEWINE (State Bar No. 095106)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California St., 35th Flr.
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911
   rse@phillaw.com
5  fdb@phillaw.com

6  Attorneys for Defendants
   SODEXO MANAGEMENT, INC. and SODEXO, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 TORRANCE SCALES,                    )   CASE NO. 3:08-cv-02964-JCS
                                       )
12     Plaintiff,                      )   CERTIFICATE OF SERVICE OF
                                       )   NOTICE TO ADVERSE PARTY OF
13 v.                                  )   REMOVAL OF ACTION UNDER
                                       )   28 U.S.C. § 1441(b)
14 SODEXO INC., TREVOR EARLE and DOES 1)
   through 20,                         )
15                                     )
       Defendants.                     )
16                                     )
                                       )
17 _____)

18 The undersigned certifies and declares as follows:

19     1.   I am over the age of 18 years and not a party to this action. My business address

20 is Phillips, Erlewine & Given LLP, 50 California Street, 35th Floor, San Francisco, California

21 94111, which is located in the city, county and state where the mailing described took place.

22     2.   On June 17, 2008, at my place of business, I placed a copy of defendants Sodexo

23 Management, Inc. and Sodexo, Inc.'s Notice To State Court And All Parties of Removal of

24 Action to Under 28 U.S.C. § 1441(b) dated June 16, 2008, in a sealed envelope and caused such

25 envelope to be hand delivered to the following person:

26 ///

27 ///

28 ///

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

CERT SVC TO ADV PARTY OF REMOVAL OF ACTION - Case No. 3:08-cv-02964-JC
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-cert-service-removal-061608.wpd

1  Pamela Pitt, Esq.
   Law Office of Pamela Pitt
2  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
3  Tel: (415) 291-9251
   Fax: (415) 291-9252
4  Attorneys for Plaintiff

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

7

8  DATED: June 17, 2008

9

10

11  _____
    Gregory A. Gheorghiu

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

CERT SVC TO ADV PARTY OF REMOVAL OF ACTION - Case No. 3:08-cv-02964-JC
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-cert-service-removal-061608.wpd

2

PROOF OF SERVICE

I, Gregory Gheorghiu, declare that I am over the age of eighteen and not a party to this action. My business address is Phillips & Erlewine LLP, 50 California Street, 35th Floor, San Francisco, California 94111, which is located in the City and County of San Francisco where the service described below took place.

On the date below, at my place of business at San Francisco, California, a copy of the following document(s):

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**

addressed to:

Pamela Pitt
Law Office of Pamela Pitt
240 Stockton Street, 9th Floor
San Francisco, CA 94108

[ ] BY U.S. MAIL: I placed the above document(s) in a sealed envelope for deposit in the United States Postal Service, with first class postage fully prepaid, and that envelope was placed for collection and mailing on that date following ordinary business practices as indicated.

[ ] BY FACSIMILE TRANSMISSION: I transmitted the above documents to counsel as indicated by facsimile transmission to the FAX telephone number listed for each party and obtained confirmation of complete transmittal thereof.

[X] BY CAUSING PERSONAL SERVICE: I placed the above documents in a sealed envelope. I caused such envelope(s) to be delivered by messenger to the address(es) as indicated.

[ ] BY OVERNIGHT EXPRESS: I placed the above documents in a sealed envelope. I caused such envelope(s) to be delivered by Federal Express to the address(es) listed by overnight express.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that I place a sealed envelope in the internal mail system of Phillips & Erlewine LLP for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with first class postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 17, 2008, at San Francisco, California.

Gregory Gheorghiu

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\POS-GAG.wpd