R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California St., 35th Flr.
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendants
SODEXO MANAGEMENT, INC. and SODEXO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE SCALES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SODEXO INC., TREVOR EARLE and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. 3:08-cv-02964-JCS<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies and declares as follows:

　　1.　　I am over the age of 18 years and not a party to this action. My business address is Phillips, Erlewine & Given LLP, 50 California Street, 35th Floor, San Francisco, California 94111, which is located in the city, county and state where the mailing described took place.

　　2.　　On June 18, 2008, at my place of business, I placed a copy of the Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Civil Standing Orders for Magistrate Judge Joseph C. Spero; Standing Order Re: Case Management Conference; Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement; Notice of Rule Discontinuing Service By Mail; ECF Registration Information Handout; Letter from Karen L. Hom, Deputy Clerk re Consent to Assignment of Magistrate; Form Consent to Proceed Before a

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

CERT SVC OF ORDERS- Case No. 3:08-cv-02964-JCS
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-cert-svc-orders-etc-061808.wpd

1. United States Magistrate Judge; Form Declination to Proceed Before a Magistrate Judge and
2. Request for Reassignment to a United States District Judge; Pamphlet – Consenting to
3. Magistrate Judge's Jurisdiction in the Northern District of California; and the Case Management
4. Conference Order, in a sealed envelope and caused such envelope to be delivered by United
5. States mail to the following person:

> Pamela Pitt, Esq.
> Law Office of Pamela Pitt
> 240 Stockton Street, 9th Floor
> San Francisco, CA 94108
> Tel: (415) 291-9251
> Fax: (415) 291-9252
> Attorneys for Plaintiff

10. I declare under penalty of perjury under the laws of the United States of America that the
11. foregoing is true and correct.

DATED: June 18, 2008

_____
Gregory A. Gheorghiu

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

CERT SVC OF ORDERS- Case No. 3:08-cv-02964-JCS
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-cert-svc-orders-etc-061808.wpd

2