R. SCOTT ERLEWINE (State Bar No. 095106)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California St., 35th Flr.
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
rse@phillaw.com
fdb@phillaw.com

Attorneys for Defendants
SODEXO MANAGEMENT, INC. and SODEXO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE SCALES, | CASE NO. 3:08-cv-02964-JCS |
| Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SODEXO INC., TREVOR EARLE and DOES 1 through 20, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 19, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE
Attorneys for Defendants SODEXO
MANAGEMENT, INC. and SODEXO, INC.

PHILLIPS, ERLEWINE
GIVEN LLP
ne Embarcadero Center
ite 2350
an Francisco, CA 94111
(15) 398-0900