# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Scales,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Sodexo Inc.,<br><br>　　　　　　Defendant(s). | 08-02964 JCS ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Deborah Shefler**
> PG & E Law Department
> 77 Beale St., Room 3017
> San Francisco, CA 94105
> 415-973-2959
> DSS8@PGE.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02964 JCS ENE　　　　　　　　　　　- 1 -

1     Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: July 28, 2008

```
                                RICHARD W. WIEKING
                                Clerk
                                by:    Alice M. Fiel


                                _____
                                ADR Case Administrator
                                415-522-3148
                                Alice_Fiel@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-02964 JCS ENE                           - 2 -