1  R. SCOTT ERLEWINE (State Bar No. 095106)
   E-mail: rse@phillaw.com
2  FEATHER D. BARON (State Bar No. 252489)
   E-mail: fdb@phillaw.com
3  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California St., 35th Flr.
4  San Francisco, California 94111
   Telephone: (415) 398-0900
5  Facsimile: (415) 398-0911

6  Attorneys for Defendants
   SODEXO MANAGEMENT, INC. and SODEXO, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  TORRANCE SCALES,                          )   CASE NO. 3:08-cv-02964-JCS
                                              )
12         Plaintiff,                         )   STIPULATION TO CONTINUE
                                              )   CASE MANAGEMENT
13  v.                                        )   CONFERENCE AND TO
                                              )   MODIFY CASE MANAGEMENT
14  SODEXO INC., TREVOR EARLE and DOES 1      )   SCHEDULE; [PROPOSED]
    through 20,                               )   ORDER
15                                            )
           Defendants.                        )
16                                            )
                                              )
17  _____)

18                              **STIPULATION**

19         The parties, by and through their counsel of record, hereby stipulate and request that the

20  court: (1) continue the Initial Case Management Conference from September 19, 2008 to October

21  10, 2008 at 1:30 p.m., and (2) correspondingly, modify the case management schedule to provide

22  that: (a) the last day to meet and confer re: initial disclosures and discovery plan be continued to

23  September 19, 2008, and (b) the last day to file Rule 26(f) Report, complete initial disclosures

24  and file Case Management Statement be continued to October 3, 2008.

25         The parties request the foregoing changes so they may focus their efforts on an expedited

26  Early Neutral Evaluation, which is scheduled for September 9, 2008.

27

28

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP AND [PROPOSED] ORDER CONTINUING CMC - Case No. 3:08-cv-02964-JCS
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-stip-continue-cmc-081908.wpd

| | | |
|---|---|---|
| 1 | DATED: August 20, 2008 | PHILLIPS, ERLEWINE & GIVEN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | R. SCOTT ERLEWINE |
| 6 | | Attorneys for Defendants |
| 7 | | SODEXO MANAGEMENT, INC. and SODEXO, INC. |

9 DATED: August 20, 2008         LAW OFFICE OF PAMELA PITT

11                                By: _____
12                                PAMELA PITT
13                                Attorneys for Plaintiff
                                  TORRENCE SCALES

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATE: _____

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
32nd Floor
San Francisco, CA 94111
(415) 398-0900

STIP AND [PROPOSED] ORDER CONTINUING CMC - Case No. 3:08-cv-02964-JCS
S:\Clients\Sodexho\8056.38 (Torrance Scales)\pld\rse-stip-continue-cmc-081908.wpd

2