1  Pamela Pitt (SBN: 156395)
   LAW OFFICE OF PAMELA PITT
2  22 Battery Street, Suite 1000
   San Francisco, CA 94111
3  Telephone: 415 291-9251
   Facsimile: 415 274-8770
4
   Attorney for Plaintiff,
5  Torrance Scales

6

7

8                           U.S. District Court

9              California Northern District (San Francisco)

10

11                                      CASE #: 3:08-cv-02964-JCS
    TORRANCE SCALES,
12                                      NOTICE AND STIPULATION OF
                Plaintiff,              PLAINTIFF'S VOUNTARY
13                                      DISMISSAL OF TREVOR EARLE
    v.                                  PURSUANT TO FRCP 41 (a)(1)
14

15  SODEXO, INC., TREVOR EARLE and
16  DOES 1 through 20,

17              Defendants.

18

19

20                           STIPULATION

21     The parties, by and through their counsel of record, hereby stipulate that Plaintiff
22
    Torrance Scales voluntarily dismisses the above-captioned action against individual
23
    defendant Trevor Earle pursuant to Fed. R. Civ. P. 41(a)(1).  Trevor Earle has not been
24
25  served.

26     / / /
27
       / / /
28

                                    - 1 -
                            NOTICE OF DISMISSAL

1 | August 21, 2008          LAW OFFICE OF PAMELA PITT

                             By: /s/ Pamela Pitt
                             PAMELA PITT,
                             Attorney for Plaintiff,
                             Torrance Scales

6 | August 21, 2008          PHILLIPS, ERLEWINE & GIVEN LLP

                             By: /s/ R. Scott Erlewine
                             R. SCOTT ERLEWINE,
                             Attorneys for Defendants
                             SODEXO MANAGEMENT, INC.
                             and SODEXO, INC.

-2-

NOTICE OF DISMISSAL